UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JULIE A. J., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00003-CSW-RLY |
| | ) |
| FRANK J. BISIGNANO Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR A STAY OF CASE**

This matter is before the Court on Defendant's *Motion for a Stay of Case in Light of United States Government Cessation*. (Dkt. 26). The Defendant Commissioner cites the ongoing lapse in funding for the federal government and resulting prohibition on non-emergency work as necessitating a stay of deadlines in this matter.

The Court, having reviewed said *Motion* and being duly advised **GRANTS** said *Motion*. The case is **STAYED** upon the instant *Motion*; however, **within seven (7) days after the end of the government cessation**, Counsel is **ORDERED** to file their Motion to Lift the Stay and propose new deadlines of those impacted by this Stay.

**SO ORDERED.**
Date: November 3, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.